NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMAL KEVIN DELAUGHTER,                )
                                       )
      Appellant,                   )
                                       )
v.                                     )     Case No. 2D17-2927
                                       )
STATE OF FLORIDA,                      )
                                       )
      Appellee.                    )
_____)

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

      Affirmed.

SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.